IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **LARRY JEROME KEITH,** | : |
| **Plaintiff,** | : |
| v. | : CASE NO. 5:04-cv-143 (CAR) |
| **LESTER PEEK,** | : |
| **Defendant.** | : |

# J U D G M E N T

Pursuant to the Order of this Court filed February 12, 2007, having accepted the recommendation of the United States Magistrate Judge in its entirety, JUDGMENT is hereby entered granting defendant's motion for summary judgment.

This 12th day of February, 2007.

**GREGORY J. LEONARD, CLERK**

s/ Denise Partee, Deputy Clerk